

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTOINE TUGGLE, | ) | CASE NO. 3:11 CV 467 |
| | ) | |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ORDER |
| KEITH SMITH | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Court's Order Adopting Magistrate Baughman's Report and Recommendation, Petitioner, Antoine Tuggle's petition for habeas corpus (ECF #12) is hereby DENIED IN PART AND DISMISSED IN PART. The case is dismissed with prejudice. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b). IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: September 5, 2013